1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA

10

### SAN FRANCISCO DIVISION

11

12   ALLEN SHAHAN,

13              Plaintiff,

14        v.

15   GOLDEN STATE BRIDGE, INC.,

16              Defendant.

Case No. 13-cv-03594 NC

**ORDER ON JOINT STIPULATED REQUEST FOR A CONTINUANCE OF THE TRIAL AND RELATED DEADLINES**

Re: Dkt. No. 46

17

18        Before the Court is the parties' joint stipulated request for a continuance of the trial

19   and related deadlines.  For good cause shown, the Court modifies the following deadlines:

20        1. MEDIATION.

21        The deadline to complete mediation is continued from September 26 to November 3,

22   2014.

23        2. EXPERT DISCLOSURES.

24        (A) The deadline for plaintiff to disclose expert testimony and reports is continued

25   from October 3 to October 17, 2014.

26        (B) The deadline for the defendant to disclose expert testimony and reports is

27   continued from October 10 to October 24, 2014.

28        (C) The deadline for the parties to complete all discovery of expert witnesses is

continued from October 31 to November 14, 2014.

3. DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT, DKT. NO. 44.

(A) Plaintiff's response to defendant's motion for partial summary judgment is due by November 10, 2014.

(B) Defendant's reply is due by November 17, 2014.

(C) The hearing on the motion is continued from November 12 to November 24, 2014, at 1:00 p.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

4. PRETRIAL AND TRIAL DEADLINES.  The November 19, 2014, pretrial conference and the November 5 deadline to file a joint pretrial statement are vacated.  The trial date remains as currently set.

By November 10, 2014, the parties must file a joint status update proposing a date for the pretrial conference and a deadline for the joint pretrial statement.  If the parties request a continuance of the trial, they should so indicate and propose trial dates in February and March 2015.

IT IS SO ORDERED.

Date: October 14, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge