1
2
3
4             **UNITED STATES DISTRICT COURT**
5             **NORTHERN DISTRICT OF CALIFORNIA**
6                   **SAN FRANCISCO DIVISION**
7

8  ALLEN SHAHAN,                           Case No. 13-cv-03594 NC

9           Plaintiff,                     **ORDER DENYING REQUEST FOR**
                                           **EXTENSION OF TIME and SETTING**
10          v.                             **CASE MANAGEMENT CONFERENCE**

11 GOLDEN STATE BRIDGE, INC.,
                                           Re: Dkt. 48
12          Defendant.

13
14

15      The Court has considered the status report filed today.  The parties request extensions
16 of deadlines past (fact discovery, which closed September 30, 2014, and expert deadlines),
17 present (opposition to summary judgment, due today) and future (summary judgment
18 hearing, pretrial, and trial).  In the interest of a just, speedy, and inexpensive determination
19 of this action, and in the absence of good cause, the Court denies the requested extensions
20 of time.  Fed. R. Civ. P. 1.  The Court will hold a case management conference on
21 November 12, 2014, at 1:00 p.m. in San Francisco courtroom A to discuss and set the trial
22 filing deadlines.

23      IT IS SO ORDERED.

24      Date:  November 10, 2014

25                                          _____
26                                          Nathanael M. Cousins
                                            United States Magistrate Judge
27
28

Case No. 13-cv-03594 NC
ORDER DENYING EXTENSION